IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:97cr006 (JCC) |
| | ) | |
| DERRICK REDD, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Action to Return Personal Property is DENIED;

(2) Defendant shall have sixty (60) days from the date of entry of this Order to file notice of appeal; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record and to Defendant, *pro se.*

December 3, 2007                          _____/s/_____
Alexandria, Virginia                              James C. Cacheris
                                          UNITED STATES DISTRICT COURT JUDGE