**Debevoise & Plimpton**

Debevoise & Plimpton LLP
919 Third Avenue
New York, NY 10022
+1 212 909 6000

John Gleeson
Partner
jgleeson@debevoise.com
Tel  +1 212 909 7281
Fax  +1 212 909 6836

July 15, 2019

Hon. Anthony J. Trenga
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: *U.S. v. Derrick Vincent Redd*, 97-cr-00006-JCC-1

Dear Judge Trenga:

I write on behalf of Derrick Vincent Redd to update you about events in the above-captioned case.

On December 28, 2016, I sent a letter to former United States Attorney Dana Boente about Redd, who is currently serving a 603-month (just over 50 years) term based upon his involvement in a string of bank robberies in the fall of 1996. In my 2016 letter I asked Mr. Boente to agree to an order vacating two of Redd's convictions under 18 U.S.C. § 924(c), which would empower the Court to impose a more just sentence. Today I write to inform you that I have sent a follow-up letter to G. Zachary Terwilliger in light of the enactment of the First Step Act in December of last year. A copy of the letter is attached.

As you know, the First Step Act, signed into law by the President on December 21, 2018, finally ended the use of § 924(c) counts to which Redd was subjected. Never again will a federal defendant facing his first § 924(c) charge be subjected to the onerous, enhanced mandatory consecutive sentences for his "second or successive" § 924(c) charges in the same case. This change was expressly described by Congress as a clarification of § 924(c), making it clear that century-long sentences like the one imposed on Redd were never intended by Congress.

My letters to the United States Attorneys speak for themselves, but I want to emphasize the enormity of the penalty Redd paid for exercising his right to trial in this case. At the very least, it cost him 20 years in prison – the additional § 924(c) charge he had to face because he sought to withdraw his plea of guilty to one of the § 924(c) counts.

Redd has worked hard to improve his life while in prison, and has virtually no disciplinary record. It is for this reason, among others, that Redd is one of a small number of

www.debevoise.com

Hon. Anthony J. Trenga                                               July 15, 2019

clients we have carefully selected from hundreds of federal inmates serving extremely long sentence due to stacked § 924(c) counts with virtually no chance of receiving clemency.

    Finally, I wanted to bring to your attention an order issued in March of this year by Judge David Larimer in the Western District of New York, which is attached to our letter to the United States Attorney as Exhibit 5. In the same circumstances, Judge Larimer urged the United States Attorney to favorably consider a request identical to the one we are making here. Given this Court's vast experience and stature, I have no doubt Mr. Terwilliger would welcome and value your view on the issue, and we respectfully ask you to share it with us all.

    I appreciate your consideration of this matter, and am happy to provide any additional information that would assist the Court in understanding Redd's situation.

Very Truly Yours,

John Gleeson

cc: G. Zachary Terwilliger
United States Attorney
Eastern District of Virginia/Alexandria
2100 Jamieson Ave
Alexandria, VA 22314