**United States District Court**
**Eastern District of Virginia**
--------------------------------------X
                                      :
**United States of America,**         :
                                      :
                                      :   Case No. 97-cr-00006-JCC-1
            **Plaintiff,**            :
                                      :   Oral Argument Requested
   - against –                        :
                                      :
**Derrick Vincent Redd,**             :   Motion Date: November 8, 2019
                                      :
            **Defendant.**            :
                                      :
--------------------------------------X

### NOTICE OF MOTION BY DEFENDANT Derrick Vincent Redd TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

PLEASE TAKE NOTICE that Derrick Vincent Redd, through counsel, will and hereby does move on November 8, 2019, pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), before the Honorable Anthony J. Trenga, United States District Judge for the Eastern District of Virginia, at the Albert V. Bryan U.S. Courthouse, 401 Courthouse Square, Alexandria, VA 22314, upon the accompanying Memorandum of Law, Ada Fernandez Johnson's supporting Declaration and Exhibits, and all prior pleadings in this action, for an order reducing Redd's 603-month sentence to time served and for such other and further relief as the Court may deem just and appropriate.

Dated:     Washington, D.C.
           October 9, 2019

                                       Respectfully submitted,

                                       DEBEVOISE & PLIMPTON LLP

                                       By: /s/ Ada Fernandez Johnson
                                       Ada Fernandez Johnson
                                       Virginia bar number 42751
                                       Attorney for Derrick Vincent Redd
                                       Debevoise & Plimpton LLP
                                       801 Pennsylvania Avenue N.W.
                                       Washington, D.C. 20004
                                       Phone: (202) 383-8000

Fax: (202) 383-8118
afjohnson@debevoise.com

John Gleeson*
Lauren Dolecki*
919 Third Avenue
New York, New York 10022
Phone: (212) 909-6000
Fax: (212) 909-6836
jgleeson@debevoise.com
lmdolecki@debevoise.com

*Pro Hac Vice Admission pending

**CERTIFICATE OF SERVICE**

       I hereby certify that on the 9th day of October, 2019, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system. I hereby certify that I will mail the document by FedEx to the following non-filing user:

Morris Parker
Justin W. Williams United States Attorney's Building
2100 Jamieson Ave
Alexandria, VA 22314

                       /s/Ada Fernandez Johnson_____
                       Ada Fernandez Johnson
                       Virginia bar number 42751
                       Attorney for Derrick Vincent Redd
                       Debevoise & Plimpton LLP
                       801 Pennsylvania Avenue N.W.
                       Washington, D.C. 20004
                       Phone: (202) 383-8000
                       Fax: (202) 383-8118
                       afjohnson@debevoise.com