

Debevoise & Plimpton LLP
801 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
+1 202 383 8000

March 11, 2020

*By ECF*

The Honorable Anthony J. Trenga
United States District Court
Eastern District of Virginia
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

<u>**Notice of Supplemental Documentation**</u>

*U.S. v. Derrick Vincent Redd*, **97-cr-00006-JCC-1**

Dear Judge Trenga:

We write in response to the Court's February 10, 2020 Order (Dkt. No. 320), in which Your Honor requested updated information relating to Mr. Redd's record while incarcerated as well as various elements of his release plan. We have obtained the following supplemental documentation relating to those requests:

1. Defendant's updated work performance evaluations, which reflect his "outstanding" performance and recommendations that he be promoted (Ex. 1);

2. An Updated Summary Reentry Plan – Progress Report, dated February 12, 2020, which details Defendant's release plan, work assignments and "good work performance evaluations," education history, that he has been "incident free since 2015," and that he is physically and mentally healthy and "should be considered fully employable upon release" (Ex. 2);

3. Letters from Defendant's supervisors regarding his work performance, which reflect his exceptional job performance and "exemplary work ethic" (Ex. 3);

4. A letter from Defendant's case manager, which reflects his consistently "respectful" attitude, "great work evaluations," and "care and assistance of mental health inmates" (Ex. 4);

5. A letter from Roger Leysath, Sr., the chief executive officer of Leysath Security Firm, Inc., regarding Defendant's standing offer of employment, dated March 2, 2020 (Ex. 5);

6. A letter from Edith Brown regarding Defendant's living arrangements upon release, dated March 3, 2020 (Ex. 6); and

www.debevoise.com

7. Additional letters from Defendant's family and friends regarding reentry and community support (Ex. 7).

As the documents demonstrate, Mr. Redd has maintained an exceptional work performance record and has not had any disciplinary infractions since 2015.  If released, he plans to move in with his mother, Edith Brown, who lives with her husband in a three-bedroom ranch home in Philadelphia, Pennsylvania, and is eager to have her son home with her.  Mr. Redd will also be surrounded by many family members and friends who are determined to facilitate his reentry in every way and to see him succeed.  In terms of employment, Mr. Redd still has a job offer waiting for him from Mr. Leysath; he will be employed as a counselor for B-Secure Mentoring Program.

As the Court has heard, Mr. Redd has turned his life around while incarcerated, is deeply remorseful for his past mistakes, and is prepared to make the most of a second chance if Your Honor allows him one.  To that end, if you think it would be useful to see and evaluate the man Derrick Vincent Redd has become over the past 22 years, we would welcome an order that he be produced for that purpose.  Additionally, if there is any additional information that would assist the Court in reaching a decision, we are happy to provide it.

Respectfully submitted,

DEBEVOISE & PLIMPTON LLP

By: /s/ Ada Fernandez Johnson
Ada Fernandez Johnson
Virginia bar number 42751
Attorney for Derrick Vincent Redd
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 383-8000
Fax: (202) 383-8118
afjohnson@debevoise.com

John Gleeson*
Lauren Dolecki*
919 Third Avenue
New York, New York 10022
Phone: (212) 909-6000
Fax: (212) 909-6836
jgleeson@debevoise.com
lmdolecki@debevoise.com
*Admitted Pro Hac Vice

**CERTIFICATE OF SERVICE**

I caused the annexed March 11, 2020 Letter to be served on counsel, Alexander Blanchard, who has appeared for the Government via the Court's CM/ECF system by e-filing it on the 11th day of March, 2020.

/s/Ada Fernandez Johnson
Ada Fernandez Johnson
Virginia bar number 42751
Attorney for Derrick Vincent Redd
Debevoise & Plimpton LLP
801 Pennsylvania Avenue N.W.
Washington, D.C. 20004
Phone: (202) 383-8000
Fax: (202) 383-8118
afjohnson@debevoise.com

# Exhibit 1

BP-A0324
JUN 10

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS

**WORK PERFORMANCE RATING - INMATE**

| Inmate's Name *Rodd, Demicle* | Register No. *49502-083* | Unit *HDR* |
|---|---|---|
| Evaluation Period *January 2020* | Work Assignment *Laundry* | |

Bonus Justification

*Outstanding work*

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
_✓_4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
_✓_4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work ___175___ .

3. Regular Pay ___$70.00___ .

4. Bonus Recommended: _✓_ yes; ___ no     $35.00

5. Total Pay ___$105.00___ .

| Supervisor's Signature  O Bell | Date 01-29-2020 |
|---|---|
| Inmate's Signature  D. L. Redd | Date 01-29-2020 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER           **SECTION 4**

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

WORK PERFORMANCE RATING - INMATE

| Inmate's Name *Redd, Derrick* | Register No *49502-083* | Unit *HDR* |
|---|---|---|
| Evaluation Period *February 2020* | Work Assignment *Laundry* | |

Bonus Justification

*Superior work*

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
____4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
__✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
____4. Good. Willing Worker. Does a full day's work and wastes little time.
__✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
____4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
__✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
____4. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
__✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
____4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
__✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
____4. Needs little supervision. Good record of dependability an promptness.
__✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work ___175___.

3. Regular Pay ___$70.00___.

4. Bonus Recommended: _✓_ yes; ___ no  $35.00

5. Total Pay ___$105.00___.

| Supervisor's Signature   O Bell | Date  02-27-2020 |
|---|---|
| Inmate's Signature   D. L. Rsdd | Date  02-27-2020 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER          **SECTION 4**

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**WORK PERFORMANCE RATING - INMATE**

| Inmate's Name Redd, Derrick | Register No. 49502-083 | Unit HOR |
|---|---|---|
| Evaluation Period January 2019 | Work Assignment Laundry | |

Bonus Justification

*Outstanding - No supervision needed during work*

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates. Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF                          Prescribed by P5251                    Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work  _175_  .

3. Regular Pay  _$ 70.00_  .

4. Bonus Recommended: _✓_ yes; ___ no  _$ 35.00_

5. Total Pay  _$ 105.00_  .

| Supervisor's Signature  _Obell_ | Date  _01-30-2019_ |
|---|---|
| Inmate's Signature  _D.L. Redd_ | Date  _01-30-2019_ |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|
|  |  |

# SECTION 4

BP-A0324                                              U.S. DEPARTMENT OF JUSTICE
JUN 10                                                FEDERAL BUREAU OF PRISONS
**WORK PERFORMANCE RATING - INMATE**

| Inmate's Name _Redd, Derrick_ | Register No. _49502-083_ | Unit _HDR_ |
|---|---|---|
| Evaluation Period _February 2019_ | Work Assignment _Laundry_ | |

Bonus Justification

_Outstanding - offer better ideas on better ways to do things_

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
____1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
____2. Fair. Careless; makes mistakes and does not check work. Should do better work.
____3. Satisfactory. Makes some mistakes but no more than expected at this level.
____4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
__✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
____1. Unsatisfactory. Lazy, wastes time, goofs off.
____2. Fair. Does just enough to get by. Has to be prodded occasionally.
____3. Satisfactory. Works steadily but does not push self.
____4. Good. Willing Worker. Does a full day's work and wastes little time.
__✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
____1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
____2. Fair. Usually relies on others to say what needs to be done.
____3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
____4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
__✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
____1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
____2. Fair. Shows minimal interest but not very eager to learn.
____3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
____4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
__✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
____1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
____2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
____3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
____4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
__✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
____1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
____2. Needs closer supervision than most. Not very dependable.
____3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
____4. Needs little supervision. Good record of dependability an promptness.
__✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
___1. Poor. Resentful and hostile. May argue with supervisor.
___2. Fair. Resists or ignores suggestions.
___3. Satisfactory. Generally does what is told without any fuss.
___4. Good. No hostility or resentment. Tries to improve.
_✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
___1. Poor. Negativistic, hostile, annoying to others.
___2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
___3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
___4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

___1. Fire or lay off that individual?
___2. Transfer the person to a less demanding job at a lower pay scale?
___3. Continue to employ the person but without a raise or promotion this time?
___4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work  175 .

3. Regular Pay  $70.00 .

4. Bonus Recommended: _✓_ yes; ___ no   $35.00

5. Total Pay  $105.00 .

| Supervisor's Signature  (Obell) | Date 02-27-2019 |
|---|---|
| Inmate's Signature  I. Redd | Date 02-27-2019 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| Staff Witness' Signature | Date |
|---|---|

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

Prescribed by P5251                Replaces BP-S324, OCT 94

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

WORK PERFORMANCE RATING - INMATE

| Inmate's Name *Redd Derrick* | Register No. *49502-083* | Unit *HDR* |
|---|---|---|
| Evaluation Period *March 2019* | Work Assignment *Laundry* | |

Bonus Justification

*Outstanding Completely dependable on all things*

Signature and Date of Dept. Head Approval

---

Route to Dept. Head for Review, Then to Unit Team

---

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_✓_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_✓_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_✓_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_✓_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_✓_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_✓_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
____1. Poor. Resentful and hostile. May argue with supervisor.
____2. Fair. Resists or ignores suggestions.
____3. Satisfactory. Generally does what is told without any fuss.
____4. Good. No hostility or resentment. Tries to improve.
__✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
____1. Poor. Negativistic, hostile, annoying to others.
____2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
____3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
____4. Good. Friendly, congenial, helpful; others like to work with.
_✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

____1. Fire or lay off that individual?
____2. Transfer the person to a less demanding job at a lower pay scale?
____3. Continue to employ the person but without a raise or promotion this time?
____4. Raise the person's pay but keep the person at the same job?
_✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1  ___ 2  ___ 3  ___ 4  ___ M.

2. Hours of Satisfactory work ___175_____ .

3. Regular Pay __$70.00_____ .

4. Bonus Recommended: _✓_ yes; ___ no   $35.00

5. Total Pay ___$105.00_____ .

| | | |
|---|---|---|
| Supervisor's Signature   D Bell | Date  03-22-2019 |
| Inmate's Signature   D.V. Kidd | Date  03-22-2019 |

Inmate _____ was requested to sign this rating, but refused, citing the following
reason:

| | |
|---|---|
| Staff Witness' Signature | Date |

FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER

# SECTION 4

BP-A0324
JUN 10

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**WORK PERFORMANCE RATING - INMATE**

| Inmate's Name *Redd, Demek* | Register No *49502-083* | Unit *HDR* |
|---|---|---|
| Evaluation Period *April 2019* | Work Assignment *Laundry* | |

Bonus Justification

*Outstanding work*

Signature and Date of Dept. Head Approval

Route to Dept. Head for Review, Then to Unit Team

Instructions: Check the best statement in each area.  Base your rating on the inmate's overall performance for the rating period--neither the inmate's best day nor worst day--as compared to what is expected of a satisfactory worker in the assignment.

**A. QUALITY OF WORK**
___1. Unsatisfactory. Makes more errors than should for this level of training. Work must be redone.
___2. Fair. Careless; makes mistakes and does not check work. Should do better work.
___3. Satisfactory. Makes some mistakes but no more than expected at this level.
___4. Good. Makes fewer mistakes than most inmates at this level of training. Does Journeyman level work.
_√_5. Outstanding. Does superior work

**B. QUANTITY OF WORK**
___1. Unsatisfactory. Lazy, wastes time, goofs off.
___2. Fair. Does just enough to get by. Has to be prodded occasionally.
___3. Satisfactory. Works steadily but does not push self.
___4. Good. Willing Worker. Does a full day's work and wastes little time.
_√_5. Outstanding. Drives self exceptionally hard all the time.

**C. INITIATIVE**
___1. Unsatisfactory. Always waits to be told what to do. Needs help getting started.
___2. Fair. Usually relies on others to say what needs to be done.
___3. Satisfactory. Can adapt to changes in routine. Will start work without waiting to be told.
___4. Good. Can plan own work well. Acts on own in most things.  Doesn't wait to be told what to do.
_√_5. Outstanding. Has good ideas on better ways of doing things.

**D. INTEREST; EAGERNESS TO LEARN**
___1. Poor. Shows no interest in job. Regards job as a drag or waste of time.
___2. Fair. Shows minimal interest but not very eager to learn.
___3. Satisfactory. Shows average amount of interest. Wants to learn own job but does not put forth extra effort.
___4. Good. Above-average interest in job. Asks questions about own work and related work. May do extra work to improve skills.
_√_5. Outstanding. Eager to master job. Wants to know everything there is to know about it. May read up on own time or volunteer to do things that will improve knowledge.

**E. ABILITY TO LEARN**
___1. Poor. Has very low aptitude and is very slow to learn. Even when given extra instruction unable to learn, no matter how hard trying.
___2. Fair. Slow but if tries eventually will pick up the skills. Needs more instructions than most.
___3. Average. No slower and no faster to learn than most inmates.  Requires average amount of instruction.
___4. Good. Learns rapidly. Good memory. Rarely makes the same mistake twice.
_√_5. Outstanding. Very quick to learn. Excellent memory. Is learning much more rapidly than most inmates assigned here. Never makes the same mistake twice.

**F. NEED FOR SUPERVISION; DEPENDABILITY; SAFETY; CARE OF EQUIPMENT**
___1. Needs constant supervision. If left unsupervised will foul up, get in trouble, or wander off. Undependable.
___2. Needs closer supervision than most. Not very dependable.
___3. Average. Can be relied on for certain things but must be supervised by others. Usually prompt and dependable.
___4. Needs little supervision. Good record of dependability an promptness.
_√_5. No supervision required. Completely dependable in all things.

Replaces BP-S324, OCT 94

PDF

Prescribed by P5251

Replaces BP-S324, OCT 94

**G. RESPONSE TO SUPERVISION AND INSTRUCTION**
____1. Poor. Resentful and hostile. May argue with supervisor.
____2. Fair. Resists or ignores suggestions.
____3. Satisfactory. Generally does what is told without any fuss.
____4. Good. No hostility or resentment. Tries to improve.
__✓_5. Outstanding. Makes a real effort to please the instructor. Does exactly as is told.

**H. ABILITY TO WORK WITH OTHERS**
____1. Poor. Negativistic, hostile, annoying to others.
____2. Fair. Doesn't make friends easily. Has some interpersonal difficulties.
____3. Satisfactory. Gets along OK with most co-workers and is accepted by them.
____4. Good. Friendly, congenial, helpful; others like to work with.
__✓_5. Outstanding. Gets along well with everyone. Very popular.

**I. OVERALL JOB PROFICIENCY**
Based on this inmate's overall performance during this work period, if this inmate was an employee of yours in the community would you:

____1. Fire or lay off that individual?
____2. Transfer the person to a less demanding job at a lower pay scale?
____3. Continue to employ the person but without a raise or promotion this time?
____4. Raise the person's pay but keep the person at the same job?
__✓_5. Promote the person to a more demanding job at a higher pay rate?

**J. GRADES AND PAY**
1. Performance Pay - Grade Class (Check one) _✓_ 1 ___ 2 ___ 3 ___ 4 ___ M.

2. Hours of Satisfactory work ___175_____ .

3. Regular Pay ___$70.00_____ .

4. Bonus Recommended: _✓_ yes; ___ no   $35.00

5. Total Pay ___$105.00_____ .

| | | |
|---|---|---|
| Supervisor's Signature *OBell* | Date | 04-30-2019 |
| Inmate's Signature *D.V.Redd* | Date | 04-30-2019 |

Inmate _____ was requested to sign this rating, but refused, citing the following reason:

| | | |
|---|---|---|
| Staff Witness' Signature | Date | |

**FILE IN SECTION 4 UNLESS APPROPRIATE FOR PRIVACY FOLDER**

# SECTION 4

# Exhibit 2



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REDD, DERRICK VINCENT  49502-083

**SEQUENCE: 00158922**
**Report Date: 02-12-2020**



| | |
|---|---|
| Facility: | FAI FAIRTON FCI |
| Name: | REDD, DERRICK VINCENT |
| Register No.: | 49502-083 |
| Quarters: | D04-412L |
| Age: | 64 |
| Date of Birth: | ████ 1956 |

| | |
|---|---|
| Custody Level: | IN |
| Security Level: | MEDIUM |
| Proj. Rel Date: | 10-26-2040 |
| Release Method: | GCT REL |
| DNA Status: | ████ / 05-25-2011 |

### Contact Information
Release contact & address
Edith Brown, MOTHER
████████ Philadelphia, PA 19109 US
phone (mobile): ████████

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:924(C)  USE OF A FIREARM IN A CRIME OF VIOLENCE - CNT. 4 | 60 MONTHS |
| 18:2113(A)&(D)  BANK ROBBERY WITH A DANGEROUS WEAPON JEOPARDIZING THE LIVES OF PEOPLE - CNT. 3 | 40 MONTHS |
| 18:2113(A)&(D) BANK ROBBERY W/A DANGEROUS WEAPON, JEOPARDIZING . THE LIVES OF PEOPLE (COUNTS 1 & 6) 18:2113(A)  ATTEMPTED BANK ROBBERY  (COUNT 5) | 63 MONTHS |
| 18:924(C)  USE OF A FIREARM IN A CRIME OF VIOLENCE - CT.2 | 240 MONTHS |
| 18:924(C)  USE OF A FIREARM IN A CRIME OF VIOLENCE - CT.7 | 240 MONTHS |

Date Sentence Computation Began:     08-22-1997
Sentencing District:   VIRGINIA, EASTERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /    40 | 1,202 | Years: 23 Months: 2 Days: | + 253    JC  - 0    InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|

NO DETAINER

### Program Plans

Inmate Redd arrived at FCI Fairton, New Jersey, on February 16, 2010, as a Lesser Security transfer from USP Hazelton, Virginia. His projected release date is October 26, 2040, via a Good Conduct Time Release. Inmate Redd has maintained an appropriate relationship with staff and is not considered a management problem. Overall, his adjustment at FCI Fairton, New Jersey, has been good.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | LAUNDRY1 | CENTRAL LAUNDRY/06:00-11:30 | 06-25-2019 |

### Work Assignment Summary

Inmate Redd has maintained employment since his arrival to Fairton. He is currently assigned to a Laundry Unit Work Detail, where receives good work evaluations. He was previous assigned to a Housing Unit Work Detail. Inmate Redd is encouraged to continue maintaining good work evaluations throughout his incarceration.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| FAI | ESL HAS | ENGLISH PROFICIENT | 01-28-1998 |

## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REDD, DERRICK VINCENT  49502-083

SEQUENCE: 00158922
Report Date: 02-12-2020

| Facl | Assignment | Description | Start | |
|------|-----------|-------------|-------|---|
| FAI | GED HAS | COMPLETED GED OR HS DIPLOMA | 01-28-1998 | |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| FAI | C | INTERVIEWING TECHNIQUES | 03-02-2010 | 03-02-2010 |
| HAZ | C | (PG) SPANISH, RESOURCE ACE | 07-20-2009 | 10-19-2009 |
| HAZ | C | (PG)ANCIENT VOICES ACE COURSE | 07-07-2009 | 08-20-2009 |
| HAZ | C | MSWORD(E)54HRS T/W/S 7:30AM | 04-01-2009 | 06-23-2009 |
| HAZ | C | (PG) AFRICANS IN AMERICA ACE | 05-02-2009 | 06-02-2009 |
| HAZ | C | (PG)COMPUTER PARENTING | 05-01-2009 | 05-26-2009 |
| HAZ | C | (PG) USP SMALL BUSINESS ACE | 04-11-2009 | 05-19-2009 |
| HAZ | C | ABS & BACK USP | 02-28-2006 | 04-18-2006 |
| HAZ | C | REC SOFT/BASKETBALL OFFICIAL | 12-26-2005 | 02-13-2006 |
| LVN | W | 32 HR DRIVERS CRS TUES-8 | 08-12-2003 | 12-09-2003 |
| LVN | C | PARENTING 8-9AM,TUE-THU MALONE | 02-01-2003 | 06-21-2003 |

### Education Information Summary

Inmate Redd has completed his GED/High School Diploma.  He has taken one course through education department and has also helped and assisted mental health inmates.  He currently is residing in a mental health unit and assists mentoring the mentally ill inmates.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 12-17-2015 | 305 : POSSESSING UNAUTHORIZED ITEM |
| 02-23-2005 | 398 : INTERFERING W/STAFF-MODERATE |
| 07-26-2002 | 104 : POSSESSING A DANGEROUS WEAPON |
| 12-11-1998 | 307 : REFUSING TO OBEY AN ORDER |
| 10-07-1998 | 312 : BEING INSOLENT TO STAFF MEMBER |

### Discipline Summary

Inmate Redd has received several infractions since his time of incarceration. He has maintained incident free since 2016.  Inmate Redd has been encouraged to maintain incident free until his release.  He also maintains proper relationship with staff as well as inmates.

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|------|-----------|--------|-------|------|
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 06-25-2019 | CURRENT |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 06-03-2019 | 06-25-2019 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 11-08-2018 | 06-03-2019 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 11-20-2015 | 11-08-2018 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 09-10-2015 | 11-18-2015 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 07-15-2015 | 09-10-2015 |
| FAI | A-DES | OTHER AUTH ABSENCE RETURN | 05-29-2015 | 07-15-2015 |
| FAI | A-DES | TRANSFER RECEIVED | 02-16-2010 | 05-29-2015 |
| HAZ | A-DES | TRANSFER RECEIVED | 09-30-2005 | 01-26-2010 |
| LVN | A-DES | TRANSFER RECEIVED | 02-01-1999 | 09-30-2005 |
| MCK | A-DES | OTHER AUTH ABSENCE RETURN | 05-07-1998 | 01-20-1999 |
| MCK | A-DES | US DISTRICT COURT COMMITMENT | 01-23-1998 | 05-07-1998 |

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 08-04-2010 |
| CARE2 | STABLE, CHRONIC CARE | 01-01-2010 |



## Summary Reentry Plan - Progress Report
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REDD, DERRICK VINCENT  49502-083

**SEQUENCE: 00158922**
**Report Date: 02-12-2020**

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 01-08-2019 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 11-02-2018 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-20-2005 |
| YES F/S | CLEARED FOR FOOD SERVICE | 01-02-2002 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|
| CDE DECL | CODE DECLINE | 02-06-2003 |

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 02-18-1998 |

### Physical and Mental Health Summary

Inmate Redd is assigned regular duty status and does not have any medical restrictions. Psychology services has not expressed any mental health concerns at this time. He should be considered fully employable upon release.

### FRP Details

**Most Recent Payment Plan**

| | | | |
|---|---|---|---|
| **FRP Assignment:** | **NO OBLG** | **FINANC RESP-NO** | **Start: 10-07-2005** |
| **Inmate Decision:** | **AGREED** | **$25.00** | Frequency: **QUARTERLY** |
| **Payments past 6 months:** | **$0.00** | | Obligation Balance: **$5,465.00** |

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $700.00 | $200.00 | IMMEDIATE | VOIDED |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 2 | ASSMT | $700.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |
| 3 | REST FV | $5,465.00 | $5,465.00 | DEFERRED | WAIT PLAN |
| | | | ** NO ADJUSTMENTS MADE IN LAST 6 MONTHS ** | | |

### Financial Responsibility Summary

Inmate Redd currently has no obligation due at this time. He has a restitution of $5,465.00 which will be taken care of after release of incarceration as his restitution has been deferred.

### Release Planning

Inmate Redd is currently sentenced out of the Eastern District of Virginia. Prior to releasing from Federal Custody, his unit team will do a relocation request to the Eastern District of Pennsylvania, as he wishes to reside with his Mother. He presents the following release plans:

Edith Brown, MOTHER

Philadelphia, PA 19109 US
phone (mobile):

Upon release from Federal Custody, Inmate Redd has 5 years of supervision to follow.



**Summary Reentry Plan - Progress Report**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REDD, DERRICK VINCENT  49502-083

SEQUENCE: 00158922
Report Date: 02-12-2020

**General Comments**

Inmate Redd has requested a review for a reduction in sentence.



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: REDD, DERRICK VINCENT  49502-083

SEQUENCE: 00158922
Report Date: 02-12-2020

Name: REDD, DERRICK VINCENT
Register Num: 49502-083
Age: 64
Date of Birth: ▓▓▓▓ 1956
DNA Status: ▓▓▓▓▓ / 05-25-2011

Inmate   (REDD, DERRICK VINCENT, Register Num: 49502-083)

2/25/2020
Date

Chairperson

7-25-2020
Date

Case Manager

2-25-2020
Date

# Exhibit 3



# UNITED STATES GOVERNMENT

# MEMORANDUM

**Federal Correctional Institution
Fairton, New Jersey 08320**

**DATE:**   February 19, 2020

**FROM: D. Bell (Materials Handler Supervisor)**

**TO: A. Arbona, Case Manager (HDR)**

**SUBJECT:   Work Performance**

**RE: Redd, Derrick #49502-083**

To Whom It May Concern:

This letter serves as a commendation of Mr. Redd's institutional adjustment, behavior and work performance since his arrival at this facility on February 16, 2010.

Following a review, since March 17, 2010, Mr. Redd has been assigned as the head orderly of then Laundry Detail at FCI Fairton. In this capacity he is responsible for the coordination of his detail. In addition, Mr. Redd exceeds in the following areas, quality of work, quantity of work, initiative, interest and eagerness to learn, ability to learn, need for supervision; dependability; safety; care of equipment, response to supervision and instruction, ability to work with others and his overall job proficiency. Mr. Redd proves time and again to need little to no supervision when it comes to completing a task. He always shows initiative when coordinating and distributing clothing, supplies and work assignments.

Mr. Redd has trained all new orderlies on the proper procedures with clothing, linen and overall the operations of the Laundry department to include general sanitation. Mr. Redd works very well with all the newly appointed orderlies and has great pride in his work and has an exemplary work ethic.

If your office requires more information in reference to inmate Redd, Derrick #49502-083, please feel free to contact me at ███████████

Sincerely,

D. Bell
Material Handler Supervisor



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
Fairton, New Jersey 08320

February 27, 2020

**FROM: A. Murray (Materials Handler Supervisor)**

**TO: A. Arbona, Case Manager (HDR)**

**SUBJECT:   Work Performance**

**RE: Redd, Derrick #49502-083**

To Whom It May Concern:

This letter serves as a commendation of Mr. Redd's institutional adjustment, behavior and work performance since his arrival at this facility on February 16, 2010.

Following a review, since March 17, 2010, Mr. Redd has been assigned as the head orderly of the Laundry detail at FCI Fairton. While working at this position, he is responsible for the coordination of the detail. Additionally, Mr. Redd exceeds in the following areas: quality of work, quantity of work, initiative, interest and eagerness to learn, ability to learn, dependability, safety, care of equipment, response to supervision and instruction, ability to work with others and his overall job proficiency. Mr. Redd proves time and again to need little supervision when it comes to completing his job. He always shows initiative when coordinating and disturbing clothing, supplies, and work assignments.

Mr. Redd has trained all new orderlies on the proper procedures with clothing, linen, and the overall operations of the Laundry department to include sanitation. Mr. Redd works extremely well with newly appointed orderlies and shows great pride in his work and has an exemplary work ethic.

Sincerely,

A.Murray
Material Handler Supervisor

# Exhibit 4



UNITED STATES GOVERNMENT

# MEMORANDUM

FEDERAL CORRECTIONAL INSTITUTION
FAIRTON, NEW JERSEY
02/25/2020

**FROM:** A. Arbona, Case Manager (DR)

**SUBJECT:**   Inmate Derrick Redd #49502-083

To Whom It May Concern:

Mr. Redd has been on my case load for four years since I became Case Manager in DR in 2016. Prior to being a Case Manager, I have known inmate Redd since he arrived at FCI Fairton in 2010.   Inmate Redd to my knowledge has always been respectful towards staff and inmates. Inmate Redd currently works in Laundry where he is the head orderly in that department.   He receives great work evaluations from his Superiors.

Mr. Redd currently resides in a mental health unit where he assists with the care and assistance of mental health inmates. He provides basic necessities if mental health inmates are in need of basic supplies.   As the head orderly in Laundry, he will provide laundry items if they do not make it to Laundry for their exchanges.

Mr. Redd shows a great attitude and is always willing to help if needed by his unit team.

# Exhibit 5

We Make It Our Business To Protect God's People & Property



**LEYSATH SECURITY FIRM, INC.**

"Think Security and B-Secure"

Roger L. Leysath, Sr.
President/CEO

March 2, 2020

Judge Anthony J. Trenga
c/o Sasha DeCruise
919 Third Avenue
New York, NY 10022

Ref: Derrick Vincent Redd

Dear Judge Trenga:

Please accept this letter to confirm future employment for Mr. Derrick Redd.

I consider it an honor to be in a position to support a childhood friend, basketball opponent and teammate. I believe that Derrick is sincere in his remorse, rehabilitation and his desire to become a productive citizen. With that, I am willing to do my part by offering employment to assist Derrick with his ability to move forward.

Because I believe Derrick would be an asset to the young men in my mentoring program as well as those in the neighborhood, Derrick would assist me with my B-Secure Mentoring Program. He would have the title of Counselor and his duties would be to give motivational speeches with an emphasis on life skills.

Thank you in advance, for considering my letter.

Sincerely,

*Roger L. Leysath, Sr.*

Roger L. Leysath, Sr.

Phone: 215.991.5680 • Fax: 215.991.5683 • E-mail: roger@leysathsecurity.com
226-B West Coulter Street, 3rd fl • Philadelphia, PA 19144

# Exhibit 6

To : Judge Anthony Trenga

    District Court

From : Horace & Edith Brown

Re: Derrick Vincent Redd

Date : March 3, 2020


Judge Trenga ,

       May I introduce myself , I am Edith I Redd Mother of
Derrick Vincent Redd.

We cannot tell you  how much we appreciate you  helping us get our
son Derrick back home with us at ███████████.

If my son Derrick Vincent Redd were to be released from Prison he will
be living with me Edith I. Brown and Horace J. Brown  at ███████████.
Phila., Pa.19119

Thank you Judge Trenga for your time.



              Sincerely

              Edith I. Brown
           *Edith J. Brown*
                 &

              Horace J. Brown
             *Horace J. Brown*

# Exhibit 7

February 20, 2020

Hon Anthony J. Trenga

Albert V Bryan U,S, Courthouse

401 Courthouse Square

Alexandria VA 22314

Re: Release of Derrick Vincent Redd from Federal Correction Institution Fairton
NJ

Dear Judge Trenga:

My name Anthony Redd the younger brother of Derrick Redd.

I am looking forward to him being release from prison and coming home to his
family. There are so many things I look forward to doing with him. I want to get
him back into church and showing him the goodness of the lord.

I have always supported him since he's been in prison and plan to continue when
he released. As Derrick younger brother he always looked out for me growing up
teaching me so many things. I plan to help introduce him back into society. There
are many things I plan to do with him along with my family.

It has been a long time since Derrick was able to be with his family and we look
forward to having him home and showing him love.

I hope to see him home soon.

Sincerely,

Anthony Redd

Eastern District Court
Hon. Anthony J. Trenga
401 Courthouse Square
Courtroom 701
Alexandria, VA 22314

RE: Derick Redd

Dear Judge Trenga,

This letter is to express my support for Derrick Vincent Redd. Derrick is my cousin and an inmate of the Federal Correctional Institution in Fairton. I am a local businessman, entrepreneur and aviator. My work has allowed me to interact with a with a wide range of people in various circumstances. These interactions have required me to make character judgements and hard decisions about who to do business with and who to trust. While I've not always judged correctly, in general, I've honed a pretty good sense of character and individual potential.

In recent months, I've had the opportunity to interact quite a bit with Derrick, both in person (visit), and via mail. He has been faithful writing me and demonstrates a genuine care for me and my family in all his interactions. He strikes me as one who has taken advantage of his time while incarcerated, and has grown tremendously as a person, and has truly been rehabilitated. In my last visit with him, he was a great encouragement to me as I am raising two sons, warning them not to make some of the same mistakes that he made. He expressed a desire to interact with them  and encourage them in person should the opportunity present itself. I would very much like to have that opportunity.

Should Derrick be released, I am committed to help him in any way that is profitable towards assisting him to reacclimate to society. While I'm sure this will be difficult, I am confident Derrick will become a productive member of the community. Without prompting, Derrick expressed to me very positive attitudes towards his future work, focus and independence should he be released and given another chance.

I believe Derrick will contribute positively to society and be a positive role model to the younger members of our family. Therefore, I am making this personal plea to allow Derrick a chance to prove himself.

Respectfully,

Roland Thompson
████████████████
West Chester, PA  19380
████████████████████

FEB. 21, 2020

We do miss And Love ouR
BRotheR. He is one of 5 SIBLINGS
And ouR fAmily hAS not Been whole
Since dec. 13, 1996. DeRRick is A
memBeR, And ALthough not physicAlly
PResent is ALwAys heRe in SpiRit.
He hAs missed A Life time of fAmily
events, BiRths, deAths & the Loss of
ouR fAtheR on MARch, 16, 2011. We
would cheRish the oppoRtunity to
welcome him BAck into the fold of
ouR fAmily. We would suppoRt DeRRick
in eveRy wAy possiBLe, incLuding tRAnspoRtAtion
empLoyment/AssistAnce, housing & moRAL
suppoRt. OuR motheR is now 88 y.o. &
nothing is pRomised. It would Be BeAutiful
to see the Look on heR fAce when she
gives DeRRick A hug ! !
& welcome him Home !

(signature)
Donald F. Redd JR.
(oldest BRotheR)

6TH DISTRICT
ANTHONY H. WILLIAMS

SENATE BOX 203008
THE STATE CAPITOL
HARRISBURG, PA 17120-3008
717-787-5970 • FAX: 717-772-0574

DISTRICT OFFICES
2901 ISLAND AVENUE • SUITE 100
PHILADELPHIA, PA 19153
215-492-2980 • FAX: 215-492-2990

2103 SNYDER AVENUE
PHILADELPHIA, PA 19145
215-755-9185 • FAX: 215-952-3375

419 CHURCH LANE
YEADON, PA 19050
610-284-7335 • FAX: 610-284-5959

EMAIL: w: sms@pasenate.com
WEBSITE www.senatoranthonywilliams.com



**Democratic Whip**

**Senate of Pennsylvania**

COMMITTEES

STATE GOVERNMENT, MINORITY CHAIR
COMMUNICATIONS & TECHNOLOGY
EDUCATION
ETHICS & OFFICIAL CONDUCT
LAW & JUSTICE
POLICY
RULES & EXECUTIVE NOMINATIONS
VETERANS AFFAIRS &
EMERGENCY PREPAREDNESS

PA COUNCIL ON THE ARTS
LEGISLATIVE DATA PROCESSING
COMMITTEE

January 23, 2017

To Whom It May Concern

I am writing in support of Derrick Redd.   I have known Derrick for over 40 years, attending high school where he was an athlete at John Bartram High School.  Derrick was noted not only for his talent but also for his sense of team work and fair play.

Derrick was always appreciated for his pleasant demeanor   He was supportive and always had winning attitude and great sense of humor.

He has shown commitment to atone for past mistakes and has shown a commitment to change.  His attitude has been positive and his behavior exemplary.

Derrick will enter into a supportive community of family and friends.  We are ready to assist him with job opportunities, social services and adjustment into a productive life as a citizen.

Thank you for your kind consideration.

Sincerely,

Kevin A. Fassett
Community Outreach Liaison

February 17, 2020

Dear Honorable Judge Anthony J. Trenga:

Re: Derrick V. Redd

My name is Linwood Bradley.  I've known Derrick Redd for almost 50 years. I consider him a dear friend. I knew his Dad and his siblings also. From the moment that I met Derrick I knew he was a genuine, caring person. We played youth league sports together and later played football together in high school. Derrick was an outstanding basketball player in high school and garnered several awards.  He was also a tremendous college player and was an all-state selection. He was team captain not only because of his talent, but also for his concern and caring for his teammates. That's just the type of person Derrick is.

We've all made mistakes in life and been granted another chance. Derrick has paid a steep cost for his transgressions. The family that he never had a chance to have. The special events that he missed out with his family and friends. He has paid his debt to society and deserves to be set free.

Derrick has a support system in place that will help him with the transition back into society. We will be there to help with whatever he needs to make the necessary adjustments. Thank you for your consideration.


Sincerely,


Linwood E. Bradley

# Walk in the Light Ministries

February 18, 2020

Dear Honorable Anthony J. Trenga,

I, Pastor Darien Thomas. am writing this letter of support for Mr. Derrick V. Redd request for having the remainder of his sentence reduced. Mr. Redd and I belonged to the same basketball team when we were teenagers. We have stayed in touched over the years. His release would allow me to mentor him and to renew our friendship.

I know he has worked diligently preparing to be a standup community member. I am a board member of Gateway to Re-Entry; therefore, Mr. Redd has incorporated Tracey L. Fisher – "The Face of Re-Entry" Ten Steps of Re-Entry into his daily life. He is committed to being an outstanding citizen and is ready to support his community. Mr. Redd has earned a second chance. We ask if you can provide him with the necessary incentive for a successful re-entry and sentence reduction. He has a solid home plan and is fully prepared to accept all responsibility for the next step in his life journey.

Gateway to Re-Entry and the "Ten Steps to Re-Entry" created by Tracey L. Fisher, is a program for youth, veterans and returning citizens to navigate a successful re-entry through mentoring. Gateway to Re-Entry purpose is to provide educational and mentoring programs, support and guidance to youth, veterans and individuals re-entering society. Gateway to Re-Entry mission is to provide tools for individuals to develop good decision-making skills; and our vision is to reduce the rate of recidivism. Gateway has fostered a collaborative spirit with numerous educational and business entities to further service all participants. Each year Gateway to Re-Entry assist over 500 individuals to build a life and a future for themselves and families.

Warmest regards,

**Pastor Darien Thomas**

Walk in the Light Ministries
3751 Island Ave
Suite 106
Philadelphia, PA 19153

February 20, 2020

Rendell Bradley

████████████

Hatboro , PA 19040

Dear Honorable Anthony J. Trenga:

Re: Derrick V. Redd

My name is Rendell Bradley, and I am currently a retired analyst from Nemours Children's Hospital and an adjunct college professor for Wilmington University both in the state of Delaware. I had the honor and privilege to have known Derrick, and his family for over fifty plus years. Derrick and I grew up together. We grew up on the same block of 62nd Pine and attended the same schools from elementary to high school. As you can see in the picture below, we even shared birthday party experiences during our childhood years, not to mention the countless hours of playing hide and go seek, basketball, football, and stickball.



Derrick and I had a special bond because of our neighborhood connection. Our bond grew even stronger when both us were playing for our high school basketball team at John Bartram. Our team was considered underdogs against the more popular and prominent teams in the city, but he was my wing man helping me "crash the boards" to defeat our opponents. What I admired most about Derrick is that is he always poised with a positive "can do" attitude towards life, and he expressed it with an infectious smile. That positive attitude along with his athletic talents later afforded him the opportunity to play basketball at Kutztown University, where he became a stand-out for his college.



Fast-forward, it is difficult to see my friend in the situation that he is in today. When I visit Derrick at the Fairton Correctional facilities, it is still comforting to know that he has that same spirit and positive attitude despite his current situation. In talking to him, I can tell that he is very remorseful for his transgression, and he is hopeful that he can have the opportunity to show his friends and family that he is a changed man. I believe given the opportunity; Derrick will demonstrate that he is a responsible person that can be a very productive citizen in our society.

Derrick is blessed to be flanked by a strong network of family and close friends, who he will help shepherd him through his transition, should he be afforded the opportunity to be released from prison. As a childhood friend, along with the Men of Bartram, Bartram Alumni, and Friends of Derrick Redd will do everything in our powers to ensure that he upholds his responsible for making a difference in his life.

