IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> DERRICK VINCENT REDD, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 1:97-cr-00006-AJT |

## **ORDER**

Upon consideration of the Notice of Motion by Defendant Derek Vincent Redd To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. 299], the Memorandum of Law in support thereof [Doc. 300], the Government's response thereto [Doc. 311] and the Defendant's Reply [Doc. 315], the Defendant's supplemental submissions [Docs. 316, 319, 322-326], the argument of counsel at the hearing held on November 21, 2019, and for the reasons set forth in the Memorandum Opinion [Doc. 327] issued herewith, it is hereby

ORDERED that Defendant Derrick Vincent Redd's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) [Doc. 299] be, and the same hereby is, **GRANTED**; and it is further

ORDERED that Defendant's sentence of 540 months, or 45 years, for his three convictions under 18 U.S.C. § 924(c) be, and the same hereby is, **REDUCED** to a total of 180 months, or 15 years, to run consecutive to his sentence of 63 months, for a total sentence of 243 months, with credit for time served, with all other terms and conditions previously imposed, including supervised release; and it is further

ORDERED that the Federal Bureau of Prisons may delay the execution of this Order for a period not to exceed ten (10) days from the date of this Order to allow the Federal Bureau of

1

Prisons and the United States Pre-Trial Services and Probation Office to make the necessary administrative arrangements for Mr. Redd's release.

The Clerk is directed to send copies of this Order to all counsel of record, to the United States Pre-Trial Services and Probation Office, and to the Federal Bureau of Prisons.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
March 16, 2020